**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   : No. 89 WAL 2022
                                :
           Respondent              :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
        v.                       :
                                :
                                :
ISAAC WILLIAM TIMMS,            :
                                :
           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.